

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00405-CV

| | | |
|---|---|---|
| MARY SHANNON GREEN, IN HER CAPACITY AS TRUSTEE OF THE E.G. SENTER, JR. TRUST 2-A; RICHARD B. WILSON, JR., IN HIS CAPACITY AS TRUSTEE OF THE E.G. SENTER, JR. TRUST 2-B; SHANNON H. ARMSTRONG, IN HER CAPACITY AS TRUSTEE OF THE E.G. SENTER, JR. TRUST 3-A; AND CAROL H. HOLDEN AND JOHN B. HOLDEN, IN THEIR CAPACITIES AS CO-TRUSTEES OF THE E.G. SENTER, JR. TRUST 3-B, Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-284294-16) |
| v. | | |
| CHESAPEAKE EXPLORATION, L.L.C., CHESAPEAKE OPERATING, L.L.C., TOTAL E&P USA, INC., TOTAL E&P USA REAL ESTATE, L.L.C., TOTAL E&P USA BARNETT, L.L.C., PEEK DEVELOPMENT, LLC, HENRY N. PEEK, III AND JAMES CAMPBELL COMPANY LLC, Appellees | § | December 13, 2018 |
| | § | Opinion by Justice Birdwell |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
   Justice Wade Birdwell